MAUD D. LAHR, Respondent, *v.* MABEL C. TIRRILL, Appellant.

JOHN B. LAHR, Respondent, *v.* MABEL C. TIRRILL, Appellant.

Submitted June 1, 1937; decided June 8, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 112.)

WILLIAM H. McCABE, Appellant, *v.* LOUIS H. GROSS et al., Constituting the Board of Education of the City of Troy et al., Respondents.

Submitted June 1, 1937; decided June 8, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 39.)